# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CANGELIER,        )  | |
|       Petitioner-Movant,    ) | |
| )| |
| v.        ) | 02: 03cr239 |
| )| 02: 05cv1395 |
| JOSEPH SMITH, Warden, U.S.P.    ) | |
| Lewisburg,        )    | |
|       Respondent.    ) | |

## ORDER OF COURT

On October 5, 2005, Petitioner John Cangelier filed a MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY (MOTION UNDER 28 U.S.C. § 2255). Upon review of the Motion, the Court notes that Petitioner has incorrectly captioned this matter under 28 U.S.C. §2255 by improperly naming Joseph Smith, Warden, U.S.P. Lewisburg, as the Respondent.

**AND NOW** this 6th day of October, 2005, in accordance with Rule 2(c) of the Rules Governing Section 2255 Proceedings for the United States District Court, it is hereby **ORDERED** that the caption of this action is amended and shall hereafter read as follows:

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )| |
| v.        ) | 02: 03cr239 |
| )| 02: 05cv1395 |
| JOHN CANGELIER,        ) | |
|       Movant.        ) | |

It is also **ORDERED** that Joseph Smith, Warden, U.S.P. Lewisburg, is hereby dismissed as the Respondent in this matter forthwith.

Furthermore, it is **ORDERED** that the government shall file a response to said Motion to Vacate, Set Aside, or Correct a Sentence By A Person In Federal Custody (Motion Under 28 U.S.C. § 2255) on or before **November 7, 2005.**

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc: James H. Love,
Assistant U.S. Attorney
Email: james.love@usdoj.gov

John Cangelier, 04480-068
USP Lewisburg
U.S. Penitentiary
P. O. Box 1000
Lewisburg, PA 17837